UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-12100-GAO

COMPANION HEALTH SERVICES, INC., a Massachusetts Corporation,
Plaintiff,

v.

MAJORS MOBILITY, INC., a Michigan Corporation, MAJORS MEDICAL, INC., a Michigan Corporation, MMS NORTHERN DETROIT, INC., a Michigan Corporation, MAJORS MOBILITY-ZANESVILLE, LLC, a Michigan Limited Liability Company, GEORGE KURTZ; MARY KAY REID, STUART SHERMAN, and JACOB & WEINGARTEN, P.C.,
Defendants,

and

J.P. MORGAN CHASE BANK, N.A.,
as Trustee-Process Defendant.

ORDER
August 17, 2010

O'TOOLE, D.J.

After review of the parties' objections to the proffered deposition testimony of Stuart L. Sherman, Esq., Shannon Griffith, and David Hartley, the objections to the following testimony are SUSTAINED and those portions of the depositions are to be excised from the portions to be read or shown to the jury. All other objections are OVERRULED.

Sherman Deposition, February 12, 2009

    Page 15, lines 9-19

    Page 16, lines 14-25

    Page 17, lines 8-25

    Page 18, lines 1-24

    Page 95, line 20

    Page 105, lines 6-17

    Page 151, line 5 – page 152, line 14

    Page 171, lines 14-17

    Page 220, line 25 – page 221, line 8

<u>Sherman Deposition, April 6, 2009</u>

    Page 310, line 15 – page 311, line 12

    Page 355, line 9 – page 356, line 14 (and exhibit)

<u>Griffith Deposition, April 3, 2009</u>

    Page 16, line 13 – page 17, line 16

    Page 34, line 13 – page 35, line 13

    Page 40, lines 3-16

<u>Hartley Deposition, March 27, 2009</u>

    None

    It is SO ORDERED.

                                        <u>/s/ George A. O'Toole, Jr.</u>
                                          United States District Judge