UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-12100-GAO

COMPANION HEALTH SERVICES, INC., a Massachusetts corporation,
Plaintiff,

v.

MAJORS MOBILITY, INC., a Michigan corporation; MAJORS MEDICAL, INC., a
Michigan corporation; MMS NORTHERN DETROIT, INC., a Michigan corporation;
MAJORS MOBILITY-ZANESVILLE, LLC, a Michigan limited liability company;
GEORGE KURTZ; MARY KAY REID; STUART SHERMAN; and JACOB &
WEINGARTEN, P.C.,
Defendants,

ORDER ON REQUEST FOR ATTORNEYS' FEES
IN CONNECTION WITH PLAINTIFF'S MOTION FOR SANCTIONS
March 31, 2011

O'TOOLE, D.J.

In the course of pretrial proceedings, the plaintiff moved for sanctions against the

defendants for failure to make discovery. After hearing, the Court granted the motion on

February 3, 2010. The ruling was modified after the defendants, with new counsel,

moved to set aside the default that had been entered as part of the sanctions imposed. A

further motion for reconsideration by the defendants was subsequently denied.

The plaintiff moved on July 14, 2010, for an award of attorneys' fees and

expenses incurred in connection with the various filings and proceedings regarding the

sanctions imposed, and the defendants duly opposed the motion. The plaintiff's motion

for an award of costs (dkt. no. 183) is now GRANTED, and the defendants are ordered to pay to the plaintiff in this respect the sum of $5,000.

It is SO ORDERED.


　　　　　　　　　　　　　　 /s/ George A. O'Toole, Jr.
　　　　　　　　　　　　　　United States District Judge